AO 91 (Rev. 11/11) Criminal Complaint

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
Oct 30, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

ROSA BENTO SILVA ANDERSON A/K/A ROSA BENTO ANDERSON

*Defendant(s)*

Case No. 1:26-mj-00132-SAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Merced in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| **18 U.S.C. § 611** | **Voting by Aliens** |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

*Complainant's signature*

Hamilton Hiatt, FBI Special Agent
*Printed name and title*

Sworn to me and signed via telephone.

Date: Oct 29, 2026

*Judge's signature*

City and state: Fresno, California

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA BENTO SILVA ANDERSON A/K/A ROSA BENTO ANDERSON<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF FBI SPECIAL AGENT HAMILTON HIATT |

I, Hamilton Hiatt, being sworn, depose and state the following:

## INTRODUCTION

1. This affidavit is in support of a complaint and arrest warrant for **ROSA ANDERSON** for violation of Title 18, United States Code, Section 611, Voting by Aliens.

2. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the criminal complaint and requested arrest warrant for **ROSA ANDERSON**.

## AFFIANT'S BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2020. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a Special Agent of the FBI, I am authorized

to investigate violations of laws of the United States, and I am a low enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I am responsible for investigations involving complex financial crimes, public corruption, civil rights violations, and healthcare fraud. I have gained experience through previous investigations and through trainings, classes and conferences.

4. The facts set forth in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses involved in this case. This Affidavit is intended to show that there is probable cause for the criminal complaint and requested arrest warrant and does not set forth all my knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all dates are on and about, and all amounts are approximate.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that **ROSA ANDERSON** violated the following laws of the United States:

a. Count One: **ROSA ANDERSON**, an alien, and citizen and national of Portugal, and lawful permanent resident of the United States, and having registered to vote two times in 2024, and fully knowing she was not a United States citizen, on or about November 5, 2024, in the County of Merced, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

## PROBABLE CAUSE

6. Between September 2, 2026, and September 4, 2026, special agents with the FBI served grand jury subpoenas on the California Secretary of State, the Merced Registrar of Voters, and the California Department of Motor Vehicles ("DMV") seeking voter registration, voting history, and address information for **ROSA ANDERSON.** By October 1, 2026, the FBI had received substantive responses for every subpoena served. The Department of Homeland Security Investigations ("HSI") provided the

FBI with the Alien File ("A-File") for **ROSA ANDERSON.**

7. The subpoena returns from the Secretary of State showed the following: On March 5, 2024, **ROSA ANDERSON** registered to vote in California, through the DMV online, with a residential address in Hilmar, CA ("Residential Address") and a PO Box address in Hilmar, CA, as her mailing address ("PO Box Address"). On July 23, 2024, **ROSA ANDERSON** completed a second registration, through the DMV online, with the same Residential Address and PO Box Address. Both applications listed the same CA driver's license number, date of birth, email address and telephone number. On both applications, **ROSA ANDERSON** checked the box attesting that she was a US citizen and signed under the declaration stating she was a US citizen. The Secretary of State's voter participation records further indicated that **ROSA ANDERSON** voted by mail in one election in 2024 (November 5, 2024).

8. The returns from the Merced County Registrar of Voters showed that **ROSA ANDERSON** voted in the November 5, 2024 Presidential general election. The records further indicated that **ROSA ANDERSON's** ballot was a mail-in ballot and was submitted by mail. The returns also included scans of the ballot envelope submitted in the election. The submitted ballot envelope includes **ROSA ANDERSON's** name, the PO Box Address, and **ROSA ANDERSON's** signature. **ROSA ANDERSON's** signature on the ballot envelope appears to match the signatures on the two voter registration applications. The ballot envelope also includes the hand-written email address and telephone number that were on the two voter registration applications.

9. The returns from the DMV confirm the Residential Address and PO Box Address as having been associated with **ROSA ANDERSON** since at least 2023. The return includes a copy of her permanent resident card which indicates that her place of birth was Portugal. **ROSA ANDERSON's** online driver's license application lists the same date of birth as the Secretary of State records. The signature on **ROSA ANDERSON's** driver's license also appears to be the same as on her voter registration applications and the ballot envelope. The driver's license application also shows that **ROSA ANDERSON** indicated she was not a US Citizen under the Voter Eligibility and Registration section.

10. **ROSA ANDERSON's** A-File contains her birth certificate showing she was born in Portugal and has the same date of birth as the DMV records and Secretary of State records. It further

shows that **ROSA ANDERSON** has been a permanent resident since April 28, 2023. The records also indicate that **ROSA ANDERSON** did not apply to become a naturalized US citizen until April 17, 2026. Her naturalization application includes her signature which matches the signature on her driver's license and voter registration applications. The naturalization application also includes the same email address and phone number as the voter registration applications.

11. On October 23, 2026, **ROSA ANDERSON** was interviewed by Special Agents with the FBI. In the interview, **ROSA ANDERSON** attested to the same date of birth that appeared in the Secretary of State records and that she was born in Portugal. **ROSA ANDERSON** currently resides at an address in Turlock, CA. She further attested that she is a legal permanent resident with a green card, and is in the process of becoming a citizen. **ROSA ANDERSON** claimed she went to the DMV to get her Real ID and was instructed by a DMV employee to select the "citizenship" portion of the application since she was in the process of becoming naturalized, so it applied to her. However, she did not believe the employee told her explicitly to claim she was a US Citizen. She filled out the form online at a kiosk at the DMV. After this, **ROSA ANDERSON** began receiving ballots in the mail. **ROSA ANDERSON** admitted she voted in the 2024 election but did not vote after that. She voted by mail and was not assisted by anyone. **ROSA ANDERSON** believed she was eligible to vote because she was a permanent resident and because she received a ballot in the mail.

## CONCLUSION

12. I believe the above facts set forth probable cause to believe that **ROSA ANDERSON,** knowing she was not a United States citizen, knowingly voted in one election in November 2024, held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives all in violation of Title 18, United States Code, Section 611, voting by an alien.

13. Based on the foregoing, there is probable cause to believe that **ROSA ANDERSON** violated Title 18, United States Code, Section 611, voting by an alien.

14. I respectfully request that a criminal complaint and arrest warrant be issued for **ROSA ANDERSON** for this violation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Hamilton Hiatt
Federal Bureau of Investigation

This Affidavit was submitted to me by email/pdf and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1, and 41(d)(3) on **Oct 29, 2026** .

HON. Stanley A. Boone
United States Magistrate Judge

Reviewed as to form.

*/s/ Joshua B. Banister*

Joshua B. Banister
Assistant United States Attorney