FILED
Oct 30, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROSA BENTO SILVA ANDERSON A/K/A ROSA BENTO ANDERSON,<br>Defendant. | 1:26-cr-00218-SAB<br>CASE NO. 1:26-MJ-00132-SAB<br>18 U.S.C. § 611 – Voting by Aliens; |

INFORMATION

COUNT ONE: [18 U.S.C. § 611 – Voting by Aliens]

The United States Attorney charges: T H A T

ROSA BENTO SILVA ANDERSON A/K/A ROSA BENTO ANDERSON,

defendant herein, an alien, and citizen and national of Portugal, and fully knowing she was not a United States citizen, on or about November 5, 2024, in the County of Merced, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated: October 30, 2026

ERIC GRANT
United States Attorney

By: /s/ Joshua B. Banister
JOSHUA B. BANISTER
Assistant United States Attorney

**United States v. Anderson**
**Penalties for Information**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 611 – Voting by Aliens

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)